State v. Midyette

STATE OF NORTH CAROLINA v. JOSEPH MIDYETTE

No. 577A87

(Filed 6 April 1988)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 87 N.C. App. 199, 360 S.E. 2d 507 (1987), which found no error in the trial of defendant before *Farmer, J.,* at the 21 July 1986 Criminal Session of Superior Court, WAKE County. Heard in the Supreme Court 17 March 1988.

*Lacy H. Thornburg, Attorney General, by William P. Hart, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Leland Q. Towns, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

Affirmed.